Electronically Filed
4/4/2024 1:14 PM
Hidalgo County District Clerks
Reviewed By: Taylor Lujan

No.  **C-4948-22-E**

| | | |
|---|---|---|
| **DAVID CHAVEZ** | : | **IN THE DISTRICT COURT OF** |
| | : | |
| | : | |
| **VS.** | : | **HIDALGO COUNTY, TEXAS** |
| | : | |
| | : | |
| **SOUTHWEST VALLEY CONSTRUCTORS, CO.** | : | **275TH JUDICIAL DISTRICT** |

## NOTICE OF INTENTION
## TO TAKE DEPOSITION BY WRITTEN QUESTIONS

To Plaintiff by and through their attorney(s) of record: **Ezequiel "Zeke" Moya, Jr., Steven M. Gonzalez and Edward J. Castillo (Gonzalez Castillo Moya, LLP)**

To other party/parties by and through their attorney(s) of record:

You will please take notice that twenty (20) days from the service of a copy hereof with attached questions, a deposition by written questions will be taken of Custodian of Records for:

**UNITED STATES CUSTOMS AND BORDER PROTECTION (Employment)**
**USB-SW-RIO GRANDE VALLEY SECTOR, 4400 S. EXPRESSWAY 281**
**EDINBURG, TX 78542**

before a Notary Public for **Republic Services San Antonio LLC , 12108 Radium Street, San Antonio, TX 78216**
         **210-298-6300    Fax 210-298-6303**

or its designated agent, which deposition with attached questions may be used in evidence upon the trial of the above-styled and numbered cause pending in the above named court.  Notice is further given that request is hereby made as authorized under Rule 200, Texas Rules of Civil Procedure, to the officer taking this deposition to issue a subpoena duces tecum and cause it to be served on the witness to produce any and all records as described on the attached questions and/or Exhibit(s) and any other such record in the possession, custody or control of the said witness, and every such record to which the witness may have access, pertaining to:

**David Chavez**

and to turn all such records over to the officer authorized to take this deposition so that photographic reproductions of the same may be made and attached to said deposition.

/s/ *Jaime A. Saenz*
**Jaime A. Saenz**
**SBN:  17514859**
**Alison D. Kennamer**
**SBN:  11280400**
**Jacob T. Casso**
**SBN:  24116178**
**Colvin, Saenz, Rodriguez & Kennamer, LLP**
**1201 East Van Buren**
**Brownsville, TX 78520**
**956-542-7441   Fax 956-541-2170**
Attorney for Defendant
SOUTHWEST VALLEY CONSTRUCTORS, CO.

I hereby certify that a true and correct copy of the foregoing instrument has been forwarded to all Counsel of Record by hand delivery, e-mail, FAX, and/or certified mail, return receipt requested, on this day.

Dated:  **April 4, 2024**                    by  /s/ *Monica Galvan*

Order No. **99277**



Electronically Filed
4/4/2024 1:14 PM
Hidalgo County District Clerks
Reviewed By: Taylor Lujan

No.  **C-4948-22-E**

| | | |
|---|---|---|
| **DAVID CHAVEZ** | : | **IN THE DISTRICT COURT OF** |
| | : | |
| | : | |
| **VS.** | : | **HIDALGO COUNTY, TEXAS** |
| | : | |
| | : | |
| **SOUTHWEST VALLEY CONSTRUCTORS, CO.** | : | **275TH JUDICIAL DISTRICT** |

## DIRECT QUESTIONS TO BE PROPOUNDED TO THE WITNESS

Custodian of Records for:  **UNITED STATES CUSTOMS AND BORDER PROTECTION**

Records Pertaining To: **David Chavez**

Type of Records:  **Employment applications, personnel records, training records, evaluations, injury reports, attendance records, and payroll records and other compensation records from January 1, 2010 to present.**

1.  State your full name, address and occupation.

    Answer: _____

2.  Are you able to identify these records as the originals or true and correct copies of the originals?

    Answer: _____

3.  Were these records made and kept in the regular course of business?

    Answer: _____

4.  In the regular course of business, did the person who signed or otherwise prepared these records either have personal knowledge of the entries on these records or obtain the information from sources who have such personal knowledge to make such records?

    Answer: _____

5.  Are these records under your care, supervision, directions, custody or control?

    Answer: _____

6.  Are these records made at a time closely related to or simultaneous with the occurrence recorded on these records?

    Answer: _____

**99277.057**

Electronically Filed
4/4/2024 1:14 PM
Hidalgo County District Clerks
Reviewed By: Taylor Lujan

7.   Were these records kept as described in the previous questions?

Answer: _____

8.   Please gather any and all of such records together and deliver same to the officer taking your deposition for inspection and photocopying. (This will be at no expense to you, and the officer will return the original records to you after they have been both inspected and copied.)  Have you done as requested?  If not, why not?

Answer: _____

_____
WITNESS (Custodian of Records)

Before me, the undersigned authority, on this day personally appeared _____, known to me to be the person whose name is subscribed to the foregoing instrument in the capacity therein stated, who being first duly sworn, stated upon his/her oath that the answers to the foregoing questions are true and correct.  I further certify that the records attached hereto are exact duplicates of the original records.

SWORN TO AND SUBSCRIBED before me this _____ day of _____, 20_____.

_____
NOTARY PUBLIC

My Commission Expires: _____

**99277.057**

## Automated Certificate of eService

This automated certificate of service was created by the efiling system. The filer served this document via email generated by the efiling system on the date and to the persons listed below. The rules governing certificates of service have not changed. Filers must still provide a certificate of service that complies with all applicable rules.

Envelope ID: 86298203
Filing Code Description: Notice
Filing Description: OF INTENTION TO TAKE DEPOSITION BY WRITTEN QUESTIONS; UNITED STATES CUSTOMS AND BORDER PROTECTION (EMPLOYMENT)
Status as of 4/4/2024 3:16 PM CST

Associated Case Party: David Chavez

| Name | BarNumber | Email | TimestampSubmitted | Status |
|---|---|---|---|---|
| Shelly Cerovski | | scerovski@sheehyware.com | 4/4/2024 1:14:38 PM | SENT |
| Ezequiel Moya | | emoya@valleyfirm.com | 4/4/2024 1:14:38 PM | SENT |
| GONZALEZ CASTILLO, LLP | | law@valleyfirm.com | 4/4/2024 1:14:38 PM | SENT |
| Edward Castillo | | ecastillo@valleyfirm.com | 4/4/2024 1:14:38 PM | SENT |
| Bryanna Gonzales | | bgonzales@valleyfirm.com | 4/4/2024 1:14:38 PM | SENT |
| Regina  Vargas | | rvargas@valleyfirm.com | 4/4/2024 1:14:38 PM | SENT |
| Raymond Neuer | | rneuer@sheehyware.com | 4/4/2024 1:14:38 PM | SENT |
| Richard Sheehy | | rsheehy@sheehyware.com | 4/4/2024 1:14:38 PM | SENT |
| K. Ellen Dezern | | kdezern@sheehyware.com | 4/4/2024 1:14:38 PM | SENT |

Associated Case Party: Southwest Valley Constructors Company

| Name | BarNumber | Email | TimestampSubmitted | Status |
|---|---|---|---|---|
| Jaime A.Saenz | | ja.saenz@rcclaw.com | 4/4/2024 1:14:38 PM | SENT |
| Alison D.Kennamer | | ad.kennamer@rcclaw.com | 4/4/2024 1:14:38 PM | SENT |
| Crystal Hernandez | | crystal.hernandez@rcclaw.com | 4/4/2024 1:14:38 PM | SENT |
| Jacob T.Casso | | jt.casso@rcclaw.com | 4/4/2024 1:14:38 PM | SENT |
| Irene Torres | | irene.torres@rcclaw.com | 4/4/2024 1:14:38 PM | SENT |
| A Kennamer | | as.kennamer@rcclaw.com | 4/4/2024 1:14:38 PM | SENT |
| Ruby Polanco | | ruby.polanco@rcclaw.com | 4/4/2024 1:14:38 PM | SENT |

Electronically Filed
4/5/2024 10:55 AM
Hidalgo County District Clerks
Reviewed By: Taylor Lujan

## CAUSE NO. C-4948-22-E

| | | |
|---|---|---|
| DAVID CHAVEZ | § | IN THE DISTRICT COURT |
|     Plaintiff | § | |
| | § | |
| V. | § | 275th JUDICIAL COURT |
| | § | |
| SOUTHWEST VALLEY | § | |
| CONSTRUCTORS, CO. | § | |
|     Defendant | § | HIDALGO COUNTY, TEXAS |

### DEFENDANT SOUTHWEST VALLEY CONSTRUCTORS, CO.'S MOTION FOR DISCOVERY FROM NON-PARTY U.S. CUSTOMS & BORDER PROTECTION

TO THE HONORABLE JUDGE OF SAID COURT:

COMES NOW SOUTHWEST VALLEY CONSTRUCTORS, CO. ("SVC"), a Defendant in the above-entitled and numbered cause, and makes and files this Motion for Discovery from Non-Party U.S. Customs & Border Protection ("USCPB"), as follows:

### I.
### INTRODUCTION AND RELIEF BEING SOUGHT

The lawsuit at issue arises from an on-the-job ATV crash that Mr. Chavez was involved in on February 11, 2021, when he ran into a dirt berm located within the border wall construction site in Hidalgo County, Texas. SVC was the general contractor for the border wall construction. Plaintiff's claimed damages include alleged lost wages and lost earning capacity, as well as claims that part of his lost earnings capacity results from his inability to obtain certain assignments within USCPB as a result of the crash. USCPB, a non-party, has refused to provide records in response to a subpoena based on 5 U.S.C. § 552a(b) and federal regulations within 19 C.F.R. § 103.23, which prohibits production until certain requirements are met, including obtaining of a Court Order. Defendant thus asks for such a Court Order at this time.



EXHIBIT
2

Electronically Filed
4/5/2024 10:55 AM
Hidalgo County District Clerks
Reviewed By: Taylor Lujan

## II.
## FACTUAL BACKGROUND

2.01    Plaintiff David Chavez, a USCBP agent, has alleged injuries and damages in this case of which his employment records from USCBP are probative. Plaintiff's currently pending Petition asserts that he is making claims for damages that include medical care expenses in the past and future and lost wages sustained in the past and lost wages / lost earning capacity that will likely be sustained in the future.

2.02    In his deposition, Mr. Chavez testified that as of March of 2023, he had been released to return to full duty employment with the USCPB and responded to the question "did you go back to the same kind of work that you were doing before" with a yes answer, though he stated that he had not returned to ATV patrol since the February 11, 2021 date of his ATV crash that is the subject of this lawsuit. He also testified that he hoped to become a supervisor and was planning to take the qualifying examination at the next opportunity. Plaintiff's attorney of record in this case has made the claims that Plaintiff David Chavez's post-crash physical limitations prevent him from obtaining the same assignments within USCPB that he had previously been able to obtain prior to the crash and that he has been losing opportunities for advancement within USCPB due to those limitations.

2.03    SVC thus has a need to obtain the following requested records in order to investigate, evaluate, and as appropriate defend against Plaintiff's claims, as follows:

a.    employment applications, personnel records, training records, evaluations - These records are needed to evaluate and respond to the claims that Plaintiff David Chavez' career path with USCPB was on a trajectory pre-crash that would have resulted in substantially greater earning capacity than he has now, due to the crash. Plaintiff Chavez' application, training records, evaluations, and personnel records that would show such things as what types of

Electronically Filed
4/5/2024 10:55 AM
Hidalgo County District Clerks
Reviewed By: Taylor Lujan

assignments he was qualified for and received pre-versus-post crash and would enable defense counsel to evaluate that claim.

        b.      injury reports -

Injury reports would enable the defense to evaluate the claims that the physical limitations which Plaintiff Chavez claims are affecting his career with USCPB – and which are the basis of his claims of physical pain, disfigurement, and disability – all stem from the crash at issue.

        c.      attendance records -

Attendance records would enable the defense to evaluate both claims as to the extent to which the crash caused him to miss work and also claims that only loss of time due to the crash has resulted in attendance issues that have affected his career with USCPB.

        d.      payroll and other compensation records -

These records would directly enable the defense to evaluate Plaintiff Chavez's claims as to the amount and duration of alleged lost wages in the past and also his claims as to lost earnings capacity in the future.  More specifically, by being able to review the history of Plaintiff Chavez's compensation records, the defense will be able to evaluate the claim that his career trajectory as far as prospective earnings has been negatively affected.

2.04    The records being requested from USCPB cannot be obtained from any other source.  USCPB is the only entity that possesses the employment records described above that would document what assignments Plaintiff Chavez applied for, was trained for, qualified for, received, performed, and was compensated for both prior to and after the on-the-job ATV crash at issue in this lawsuit.

2.05    Plaintiff has executed an authorization to permit the release of these records.

**III.**
**ARGUMENT AND AUTHORITIES**

3.01    Under the Texas Rules of Civil Procedure, Rule 205, "Discovery From Non-Parties," provides for the form and requisites for such discovery. Tex.R.Civ.P. 205.1 provides that

Electronically Filed
4/5/2024 10:55 AM
Hidalgo County District Clerks
Reviewed By: Taylor Lujan

a subpoena must be used and may be used to obtain records by a deposition on written questions (Tex.R.Civ.P. 205.1(b)) or production of documents (Tex.R.Civ.P. 205.1(d)). The Rule also provides for certain requisites of the subpoena.

3.02   USCPB relies upon federal law to provide another layer of requirements beyond those provided for by Tex.R.Civ.P. 205.1. *See, Exhibit "A" hereto.* Counsel for Defendant SVC has obtained the authorization and Affidavit requested. *See, Exhibits "B" & "C" hereto.* In addition, specifically, 5 U.S.C. §552a(b), "Records maintained on individuals" "Conditions of Disclosure" requires that one of 12 conditions exist in order for any federal agency to produce such records. 5 U.S.C. §552a(b)(11) specifically provides that one of those conditions is that the federal agency produce such records "pursuant to the order of a court of competent jurisdiction."

3.03   USCPB has also relied upon applicable federal regulations found within the Code of Federal Regulations:

**19 CFR § 103.23 Factors in determining whether to disclose information pursuant to a demand.**
(a) *General considerations.* In authorizing disclosures pursuant to a proper demand for CBP information, one which complies with the provisions of §103.22(c), the Chief Counsel should consider the following factors:
(1) Whether the disclosure would be appropriate under the relevant substantive law concerning privilege;
(2) Whether the disclosure would be appropriate under the rules of procedure governing the case or matter in which the demand arose; and,
(3) Whether the requesting party has demonstrated that the information requested is:
(i) Relevant and material to the action pending, based on copies of the summons and complaint that are required to be attached to the subpoena *duces tecum* or other demand;
(ii) Genuinely necessary to the proceeding, *i.e.,* a showing of substantial need has been made;
(iii) Unavailable from other sources; and,
(iv) Reasonable in its scope, *i.e.,* the documents, information, or testimony sought are described with particularity.
(4) Whether consultation with the originating component requires that the Chief Counsel make a separate determination as to the disclosure of the information requested.

Electronically Filed
4/5/2024 10:55 AM
Hidalgo County District Clerks
Reviewed By: Taylor Lujan

**(b)** *Circumstances where disclosure will not be made.* Among the demands in response to which disclosure will not be authorized by the Chief Counsel are those demands with respect to which any of the following factors exist:

(1) Disclosure would violate a treaty, statute (such as the Privacy Act, 5 U.S.C. 552a, the Trade Secrets Act, 18 U.S.C. 1905, or the income tax laws, 26 U.S.C. 6103 and 7213), or a rule of procedure, such as the grand jury secrecy rule, Fed.R.Crim.Proc. rule 6(e) (18 U.S.C.App.);

(2) Disclosure would violate a specific regulation;

(3) Disclosure would reveal classified or confidential information;

(4) Disclosure would reveal a confidential source or informant;

(5) Disclosure would reveal investigatory records compiled for law enforcement purposes, interfere with enforcement proceedings, or disclose investigative techniques and procedures;

(6) Disclosure would improperly reveal confidential commercial information without the owner's consent (*e.g.,* entry information);

(7) Disclosure relates to documents which were produced by another agency or entity;

(8) Disclosure would unduly interfere with the orderly conduct of CBP business;

(9) CBP has no interest, records, or other official information regarding the matter in which disclosure is sought;

(10) There is a failure to make proper service upon the United States; or

(11) There is a failure to comply with federal, state, or local rules of discovery.

3.04    In response to the USCBP's letter outlining reasons that it has refused to produce records to date, counsel has obtained the employment records authorization previously referenced, has executed an Affidavit outlining the relevance and necessity of obtaining the records, has refined the request to make clear that the specific items within the subpoena are what is being sought, *see, Exhibit "C" hereto,* and is now seeking this Court's Order to accompany the other paperwork required by the USCBP.

3.05    SVC previously served the subpoena and notice of deposition on written questions on USCBP, which brought on the refusals from USCBP.  SVC is amending its subpoena to remove the words "any and all" in order to make clear that only the specific categories documents itemized within the amended subpoena that it is seeking.  SVC is serving that amended subpoena, this

Electronically Filed
4/5/2024 10:55 AM
Hidalgo County District Clerks
Reviewed By: Taylor Lujan

Motion and its attachments on USCBP pursuant to Tex.Civ.Prac. & Rem. Code §17.021 by serving

USCBP's agent within the office, which USCBP specifies on its website will properly be:

> Pursuant to Rule 4(i)(2) of the Federal Rules of Civil Procedure, mail summonses and complaints against the Agency or its personnel in their official capacity by registered or certified mail, to:
>
> Office of Chief Counsel
> U.S. Customs and Border Protection
> 1300 Pennsylvania Avenue, Suite 4.4-B
> Washington, D.C. 20229
>
> To aid in prompt handling of any summons and complaint, parties are encouraged to also email a copy to cbpserviceintake@cbp.dhs.gov.
>
> Service of Process for Subpoenas
> Email subpoenas against the Agency or its personnel in their official capacity to cbpserviceintake@cbp.dhs.gov. You may also send a courtesy copy of the subpoena by registered or certified mail to the address above.
>
> *See,* https://www.cbp.gov/about/contact/service-of-process

In addition, SVC is serving an addition copy on the Assistant Chief Counsel, RGV, for U.S.

Customs and Border Protection, who has previously responded to the subpoena with the USCBP's

refusal to provide documentation, Mitch McCranie / Assistant Chief Counsel, RGV / U.S. Customs

and Border Protection / Office of the Assistant Chief Counsel / 4400 South Expressway 281 /

Edinburg, Texas 78542.

3.06    SVC thus respectfully submits that it has identified and submitted to USCBP the

requisites for USCBP to produce documents in response to SVC's request for the above

employment records, once this Court's Order is obtained, and that none of the factors that would

prevent production under 19 C.F.R. §103.23(b) exist.

IV.

This Defendant thus respectfully requests that the Court grant this Motion for Discovery

from Non-Party U.S. Customs & Border Protection and enter its Order on same.

Electronically Filed
4/5/2024 10:55 AM
Hidalgo County District Clerks
Reviewed By: Taylor Lujan

WHEREFORE, PREMISES CONSIDERED, Defendant prays the Court grant its Motion for Discovery from Non-Party U.S. Customs & Border Protection and for such other and further relief to which it may show itself justly entitled.

Respectfully submitted,

Jaime A. Saenz
Texas Bar No. 17514859
Email: ja.saenz@rcclaw.com
Alison D. Kennamer
Texas Bar No. 11280400
Email: ad.kennamer@rcclaw.com
Jacob T. Casso
Texas Bar No. 24116178
Email: jt.casso@rcclaw.com
COLVIN, SAENZ, RODRIGUEZ & KENNAMER, L.L.P.
1201 East Van Buren
Brownsville, Texas 78520
Tel: (956) 542-7441
Fax (956) 541-2170
[Mr. Casso]
323 W. Cano, Suite 100
Edinburg, Texas 78539
(956) 380-0213
Fax (956) 380-0254

ATTORNEYS FOR DEFENDANT
SOUTHWEST VALLEY CONSTRUCTORS CO.

Electronically Filed
4/5/2024 10:55 AM
Hidalgo County District Clerks
Reviewed By: Taylor Lujan

## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the foregoing was served upon all counsel of record, to-wit:

Edward J. Castillo
Texas Bar No. 24040658
Email: law@valleyfirm.com
Steve M. Gonzalez
Texas Bar No. 08121900
Ezequiel "Zeke" Moya, Jr.
Texas Bar No. 24092865
Gonzalez Castillo Moya, LLP
1317 E. Quebec Avenue McAllen, Texas 78503
(956) 618-0115
Fax: (956) 618-0445
*Attorneys For Plaintiffs*

Richard Sheehy
Texas Bar No. 18178600
Email: rsheehy@sheehyware.com
Raymond A. Neuer
Texas Bar No. 14928350
Email: rneuer@sheehyware.com
Sheehy, Ware, Pappas & Grubbs, P.C
909 Fannin Street, Suite 2500
Houston, Texas 77010
(713) 951-1000
Fax: (713) 951-1199
*Attorneys For Plaintiffs*

Mitch McCranie
Assistant Chief Counsel, RGV
U.S. Customs and Border Protection
Office of the Assistant Chief Counsel
4400 South Expressway 281
Edinburg, Texas 78542
*Attorneys for US Customs & Border Protection*

U.S. Customs and Border Protection
Office of Chief Counsel
U.S. Customs and Border Protection
1300 Pennsylvania Avenue, Suite 4.4-B
Washington, D.C. 20229
And
cbpserviceintake@cbp.dhs.gov.
*Service Address for US Customs & Border Protection*

Electronically Filed
4/5/2024 10:55 AM
Hidalgo County District Clerks
Reviewed By: Taylor Lujan

by e-service through the Texas e-filing system, electronic transmission, certified mail, return receipt requested, facsimile transmission, and/or hand delivery pursuant to the Texas Rules of Civil Procedure on the __5th__ day of April, 2024.


_____
Alison D. Kennamer

## Automated Certificate of eService

This automated certificate of service was created by the efiling system. The filer served this document via email generated by the efiling system on the date and to the persons listed below. The rules governing certificates of service have not changed. Filers must still provide a certificate of service that complies with all applicable rules.

Sugey Muniz on behalf of Alison Kennamer
Bar No. 11280400
sugey.muniz@rcclaw.com
Envelope ID: 86338701
Filing Code Description: Motion (No Fee)
Filing Description: FOR DISCOVERY FROM NON-PARTY U.S. CUSTOMS & BORDER PROTECTION
Status as of 4/5/2024 11:46 AM CST

Associated Case Party: David Chavez

| Name | BarNumber | Email | TimestampSubmitted | Status |
|---|---|---|---|---|
| Shelly Cerovski | | scerovski@sheehyware.com | 4/5/2024 10:55:32 AM | SENT |
| Ezequiel Moya | | emoya@valleyfirm.com | 4/5/2024 10:55:32 AM | SENT |
| GONZALEZ CASTILLO, LLP | | law@valleyfirm.com | 4/5/2024 10:55:32 AM | SENT |
| Edward Castillo | | ecastillo@valleyfirm.com | 4/5/2024 10:55:32 AM | SENT |
| Bryanna Gonzales | | bgonzales@valleyfirm.com | 4/5/2024 10:55:32 AM | SENT |
| Regina  Vargas | | rvargas@valleyfirm.com | 4/5/2024 10:55:32 AM | SENT |
| Raymond Neuer | | rneuer@sheehyware.com | 4/5/2024 10:55:32 AM | SENT |
| Richard Sheehy | | rsheehy@sheehyware.com | 4/5/2024 10:55:32 AM | SENT |
| K. Ellen Dezern | | kdezern@sheehyware.com | 4/5/2024 10:55:32 AM | SENT |

Associated Case Party: Southwest Valley Constructors Company

| Name | BarNumber | Email | TimestampSubmitted | Status |
|---|---|---|---|---|
| Jaime A.Saenz | | ja.saenz@rcclaw.com | 4/5/2024 10:55:32 AM | SENT |
| Alison D.Kennamer | | ad.kennamer@rcclaw.com | 4/5/2024 10:55:32 AM | SENT |
| Crystal Hernandez | | crystal.hernandez@rcclaw.com | 4/5/2024 10:55:32 AM | SENT |
| Jacob T.Casso | | jt.casso@rcclaw.com | 4/5/2024 10:55:32 AM | SENT |
| Irene Torres | | irene.torres@rcclaw.com | 4/5/2024 10:55:32 AM | SENT |
| A Kennamer | | as.kennamer@rcclaw.com | 4/5/2024 10:55:32 AM | ERROR |
| Ruby Polanco | | ruby.polanco@rcclaw.com | 4/5/2024 10:55:32 AM | SENT |
| Soledad McLain | | dita.mclain@rcclaw.com | 4/5/2024 10:55:32 AM | SENT |



*Office of the Assistant Chief Counsel*
4400 South Expressway 281
Edinburg, TX 78542

**U.S. Customs and
Border Protection**

June 6, 2023

*VIA Email: Martha.hernandez@rcclaw.com*

Alison D. Kennamer
Colvin, Saenz, Rodriguez, & Kennamer, L.L.P
Attorneys at Law
1201 East Van Buren Street
Brownsville, Texas 78520

RE:    *David Chavez v. Southwest Valley Constructors, Co.*, Cause No. C-4948-22-E, 275TH Judicial District, Hidalgo County, Texas.

Dear Ms. Kennamer:

Please be advised that U.S. Customs and Border Protection (CBP) respectfully declines to comply with your request in the letter dated May 22, 2023. The employment authorization request received by CBP on May 22, 2023, demands production of all CBP records, including but not limited to, employment application, record regarding any physical and/or psychological examination, medical records, evaluation, records showing absences from work and reasons, medical insurance claims, and records reflecting earning during the year pertaining to Debra Armstrong.

Federal law controls the disclosure of information by CBP. *See* 5 U.S.C. § 301 (authorizing federal agency heads to prescribe regulations for the conduct of employees and the custody, use, and preservation of agency records). The Department of Homeland Security has promulgated regulations applicable to disclosure of information by CBP. *See* 6 C.F.R. Part 5; 19 C.F.R. Part 103. These regulations have the force and effect of federal law, and the United States Supreme Court has expressly recognized the authority of a federal agency to restrict the production of information by its subordinates. *See United States ex rel. Touhy v. Ragen*, 340 U.S. 462, 468 (1951) (approving federal agencies' use of regulations to govern administrative requests for production of agency documents and testimony). No CBP employee may provide official information or testimony without advance authorization granted pursuant to the agency's disclosure regulations. *See* 6 C.F.R. § 5.44(a); 19 C.F.R. § 103.22(a). The agency's disclosure regulations set forth the requirements for service of subpoenas, as well as a specific description of and justification for release of official information or testimony. *See* 6 C.F.R. §§ 5.43-5.45; 19 C.F.R. § 103.22. In particular, the agency's disclosure regulations require that at least ten (10) working days prior to the scheduled date of production of documents or taking of testimony, the requesting party must provide an affidavit or specific written summary setting forth the nature of the official information sought and its relevance to the proceeding. See 6 C.F.R. § 5.45(a); 19 C.F.R. §§ 103.22(c), (d).



EXHIBIT
"A"

1

Your request fails to satisfy these requirements. You have not provided an affidavit summarizing in what way the records sought are relevant to the proceedings. *See id.*

More importantly, disclosure of the requested information is impermissible under 19 C.F.R. § 103.23(b)(1) (prohibiting disclosure that violates the Privacy Act). Specifically, the information you have requested is contained within various systems of records. Pursuant to 5 U.S.C. § 552a(b),

> No agency shall disclose any record which is contained in a system of records by any means of communication to any person, or to another agency, except pursuant to a written request by, or with the prior written consent of, the individual to whom the record pertains ....

Because the requested records are contained in a Privacy Act system of records, disclosure is prohibited under the Privacy Act unless one of eleven enumerated exceptions applies. The only colorable exception in this particular case is that contained in 5 U.S.C. § 552a(b)(11), authorizing disclosure "pursuant to the order of a court of competent jurisdiction." However, the *ex parte* subpoena you submitted to CBP does not qualify for this exception. *See Doe v. DiGenova*, 779 F.2d 74, 77-85 (D.C. Cir. 1985) (holding that a subpoena routinely issued by a court clerk is not a "court order" within the meaning of § 552a(b)(11) because it is not "specifically approved" by a judge); *see also Louisiana v. Sparks*, 978 F.2d 226 (5th Cir. 1992) (quashing a state court subpoena directed to a federal officer on sovereign immunity grounds).

In determining the propriety of disclosing CBP information in this matter, we are also obliged to consider the criteria set out in 19 C.F.R. § 103.23(a). That subsection addresses the factors CBP must consider when deciding to comply with a disclosure request. A number of factors set out in that subsection militate against disclosure in this case. In explanation, and as stated above, your request fails to demonstrate that the requested records are relevant to your case. *See* 19 C.F.R. § 103.23(a)(3)(i). As important, you have not shown that the information cannot be obtained from another source. *See* 19 C.F.R. § 103.23(a)(3)(iii). You also have not demonstrated that the information requested is genuinely necessary to your case. *See* 19 C.F.R. § 103.23(a)(3)(ii).

If you have any questions regarding this matter, you may contact CBP Attorney Dominique Villarreal at 956-289-4828 or at dominique.villarreal@cbp.dhs.gov

Sincerely,

Mitch McCranie
Assistant Chief Counsel, RGV

2

CAUSE NO. C-4948-22-E

DAVID CHAVEZ                          §        IN THE DISTRICT COURT OF
                                     §
v.                                   §        HIDALGO COUNTY, TEXAS
                                     §
SOUTHWEST VALLEY                      §        275TH JUDICIAL DISTRICT
CONSTRUCTORS, CO.

## EMPLOYMENT AUTHORIZATION

DAVID CHAVEZ, date of birth:____08/22/1988____, Social Security Number:
____XXX-XX-8402, hereby authorizes the offices of U.S. Customs and Border Protection, for whom he has been and is employed, to give to COLVIN, SAENZ, RODRIGUEZ & KENNAMER, L.L.P. information and documentation relative to DAVID CHAVEZ's employment, including but not limited to, application for employment, record regarding any physical and/or psychological examination that he may have taken, medical records, evaluation, records showing absences from work and reasons therefore, medical insurance claims, and records reflecting hours and earnings for each year employed. This information is intended for use in the investigation, evaluation and defense of the hereinabove entitled and numbered cause, in which David Chavez has filed suit, alleging in part lost wages and lost earning capacity.

A copy of this Authorization is agreed by the undersigned to have the same effect and force as an original. Any person, firm or entity that releases matters pursuant to this authorization is hereby absolved from any liability that might otherwise result from the release of those matters.

_____
DAVID CHAVEZ

____3/26/2024_____
Date

SUBSCRIBED and SWORN TO BEFORE ME, on this the ___26th___ day of
___March_____, 2024.

_____
Notary Public, State Of Texas

YVETTE OCANAS
My Notary ID # 132940175
Expires February 24, 2025

**EXHIBIT**
"B"

*Employment Records Authorization*                                    *Page 1*

CAUSE NO. C-4948-22-E

| | | |
|---|---|---|
| DAVID CHAVEZ | § | IN THE DISTRICT COURT |
| Plaintiff | § | |
| | § | |
| V. | § | 275th JUDICIAL COURT |
| | § | |
| SOUTHWEST VALLEY | § | |
| CONSTRUCTORS, CO. | § | |
| Defendant | § | HIDALGO COUNTY, TEXAS |

## AFFIDAVIT OF ALISON D. KENNAMER

| | |
|---|---|
| **STATE OF TEXAS** | § |
| | § |
| **COUNTY OF CAMERON** | § |

BEFORE ME, the undersigned Notary Public, on this day personally appeared, Alison D. Kennamer, who, after first being duly sworn by me on his or her oath, deposed and stated as follows:

1.      "My name is Alison D. Kennamer.  I am employed by the law firm of Colvin, Saenz, Rodriguez & Kennamer, L.L.P. located at 1201 East Van Buren, Brownsville, Texas, 78520.

2.      The facts contained herein are true and correct and, except where otherwise indicated, I have personal knowledge of the facts set forth below and, if called as a witness, would be competent to testify to them.

3.      The law firm of Colvin, Saenz, Rodriguez & Kennamer, L.L.P. (the "firm") was retained to serve as counsel of record for Southwest Valley Constructors, Co. ("SVC") in the above-referenced case.

4.      As per the pleadings, the lawsuit at issue arises from an on-the-job ATV crash that Mr. Chavez was involved in on February 11, 2021, when he ran into a dirt berm located in the



border wall construction area in Hidalgo County, Texas, when SVC was the general contractor for that border wall construction.

5.    As part of my representation of SVC in this case, I have asked Plaintiff's employer United States Customs and Border Protection  ("USCBP") to produce to the parties a copy of its employee Plaintiff David Chavez's employment records.  The relevance of these records to this lawsuit are with respect to Mr. Chavez's claims as to injuries and damages, including his claims as to the extent of his personal injuries arising from the crash, and his claims of lost earnings and lost future earning capacity.

6.    Plaintiff's currently pending Petition asserts that he is making claims for damages that include medical care expenses in the past and future and lost wages sustained in the past and lost wages / lost earning capacity that will likely be sustained in the future.

7.    In his deposition, Mr. Chavez testified that as of March of 2023, he had been released to return to full duty employment with the USCPB and responded yes to the question "did you go back to the same kind of work that you were doing before" with a yes answer though he stated that he had not returned to ATV patrol since the February 11, 2021 date of his ATV crash that is the subject of this lawsuit.  He also testified that he hoped to become a supervisor and was planning to take the qualifying examination at the next opportunity.

8.    Plaintiff's attorney of record in this case has made the claims that Plaintiff David Chavez's post-crash physical limitations prevent him from obtaining the same assignments within US Customs and Border Patrol that he had previously been able to obtain prior to the crash and that he has been losing opportunities for advancement within the US Customs and Border Patrol due to those limitations.

2

9. Based on the above, as defense counsel for SVC in the above cause, my firm needs to obtain the following requested records in order to investigate and potential defend against Plaintiff's claims, as follows:

a. employment applications, personnel records, training records, evaluations - These records are needed to evaluate and respond to the claims that Plaintiff David Chavez' career path with the US Customs and Border Patrol was on a trajectory pre-crash that would have resulted in substantially greater earning capacity than he has now, due to the crash. Plaintiff Chavez' application, training records, evaluations, and personnel records that would show such things as what types of assignments he was qualified for and received pre-versus-post crash would enable defense counsel to evaluate that claim.

b. injury reports - Injury reports would enable the defense to evaluate the claims that the physical limitations Plaintiff Chavez claims are affecting his career with USCPB – and which are the basis of his claims of physical pain, disfigurement, and disability – all stem from the crash at issue.

c. attendance records - Attendance records would enable the defense to evaluate both claims as to the extent to which the crash caused him to miss work and also claims that it has only been the crash which has resulted in attendance issues that have affected his career with USCBP.

d. payroll and other compensation records These records would directly enable the defense to evaluate Plaintiff Chavez's claims as to the amount and duration of alleged lost wages in the past and also his claims as to lost earnings capacity in the future. More specifically, by being able to review the history of Plaintiff Chavez's compensation records, the defense will be able to evaluate the claim that his career trajectory as far as prospective earnings has been negatively affected.

10. To the best of my knowledge, the records being requested from USCBP cannot be obtained from any other source. USCBP is the only entity known to me that possesses the

3

employment records described above that would document what assignments Plaintiff Chavez applied for, was trained for, qualified for, received, performed, and was compensated for both prior to and after the on the job ATV crash at issue in this lawsuit."

Further Affiant sayeth not.



Alison D. Kennamer

SWORN TO AND SUBSCRIBED BEFORE ME, the below-listed Notary Public on this 5th day of April, 2024.

SUGEY MUNIZ
My Notary ID # 11793339
Expires June 25, 2026

Notary In and for the State of Texas

My Commission Expires:

06-25-2026

4

## CAUSE NO. C-4948-22-E

| | | |
|---|---|---|
| DAVID CHAVEZ | § | IN THE DISTRICT COURT |
| Plaintiff | § | |
| | § | |
| V. | § | 275th JUDICIAL COURT |
| | § | |
| SOUTHWEST VALLEY | § | |
| CONSTRUCTORS, CO. | § | |
| Defendant | § | HIDALGO COUNTY, TEXAS |

## ORDER GRANTING DEFENDANT SOUTHWEST VALLEY CONSTRUCTORS, CO.'S MOTION FOR DISCOVERY FROM NON-PARTY U.S. CUSTOMS & BORDER PROTECTION

CAME ON BEFORE THE COURT Defendant Southwest Valley Constructors, Co.'s Motion for Discovery from Non-Party U.S. Customs & Border Protection, and the Court, having reviewed the Motion, is of the opinion that it should be GRANTED;

The Court finds that it is a court of competent jurisdiction to hear this Motion regarding the non-party discovery request directed at Plaintiff's employer U.S. Customs & Border Protection; the Court further finds that the following records regarding Plaintiff David Chavez are relevant to the defense of the above suit and are not available through other means; the Court further finds that entry of this Order for Non-Party Discovery from U.S. Customs & Border Protection would provide that production would take place "pursuant to the order of a court of competent jurisdiction" to enable the U.S. Customs & Border Protection to comply with both the request for document production within the subpoena served on it and 5 U.S.C. §552a(b)(11);

The Court therefore ORDERS that within twenty-one (21) days after service of the amended subpoena seeking the following records from U.S. Customs & Border Protection, that agency produce the following records regarding Plaintiff David Chavez, pursuant to his signed employment authorization (copy attached hereto as Exhibit "A") and for the period from January 1, 2010 to present:

-1-

Electronically Filed
4/5/2024 10:57 AM
Hidalgo County District Clerks
Reviewed By: Taylor Lujan

-2-

a. employment applications, personnel records, training records, evaluations;

b. injury reports;

c. attendance records; and

d. payroll and other compensation records.

The Court further ORDERS that production shall be made either by offering the originals to counsel for Defendant Southwest Valley Constructors, Co. for inspection or copying on a mutually agreeable date and in a location in Hidalgo County, Texas, or by providing copies to counsel for Defendant Southwest Valley Constructors, Co, by copies delivered to its offices located at 1201 East Van Buren St. / Brownsville, Texas  78520 or its offices located at 232 W. Cano St. Suite 100 / Edinburg, Texas  78539.

SIGNED FOR ENTRY this _____ day of _____, 2024.


_____
JUDGE PRESIDING

Electronically Filed
4/5/2024 10:57 AM
Hidalgo County District Clerks
Reviewed By: Taylor Lujan

Copies to:

Edward J. Castillo
Steve M. Gonzalez
Ezequiel "Zeke" Moya, Jr.
Email: law@valleyfirm.com
Gonzalez Castillo Moya, LLP
1317 E. Quebec Ave.
McAllen, Texas 78503
(956) 618-0115
Fax (956) 618-0445
*Attorneys for Plaintiff*

Jaime A. Saenz
Email: ja.saenz@rcclaw.com
Alison D. Kennamer
Email: ad.kennamer@rcclaw.com
Jacob T. Casso
Email: jt.casso@rcclaw.com
Colvin, Saenz, Rodriguez & Kennamer, L.L.P.
1201 East Van Buren
Brownsville, Texas 78520
Tel: (956) 542-7441
Fax (956) 541-2170
[Mr. Casso]
323 W. Cano, Suite 100
Edinburg, Texas 78539
(956) 380-0213
Fax (956) 380-0254
*Attorneys for Defendant*
*Southwest Valley Constructors, Co.*

Mitch McCranie
Assistant Chief Counsel, RGV
U.S. Customs and Border Protection
Office of the Assistant Chief Counsel
4400 South Expressway 281
Edinburg, Texas 78542
*Attorneys for US Customs & Border Protection*

-3-

Electronically Filed
4/5/2024 10:57 AM
Hidalgo County District Clerks
Reviewed By: Taylor Lujan

U.S. Customs and Border Protection
Office of Chief Counsel
U.S. Customs and Border Protection
1300 Pennsylvania Avenue, Suite 4.4-B
Washington, D.C. 20229
And
cbpserviceintake@cbp.dhs.gov.
*Service Address for US Customs & Border Protection*

## Automated Certificate of eService

This automated certificate of service was created by the efiling system. The filer served this document via email generated by the efiling system on the date and to the persons listed below. The rules governing certificates of service have not changed. Filers must still provide a certificate of service that complies with all applicable rules.

Sugey Muniz on behalf of Alison Kennamer
Bar No. 11280400
sugey.muniz@rcclaw.com
Envelope ID: 86339418
Filing Code Description: Proposed Order
Filing Description: GRANTING DEFENDANT SOUTHWEST VALLEY CONSTRUCTORS, CO.'S MOTION FOR DISCOVERY FROM NON-PARTY U.S. CUSTOMS & BORDER PROTECTION
Status as of 4/5/2024 11:47 AM CST

Associated Case Party: David Chavez

| Name | BarNumber | Email | TimestampSubmitted | Status |
|------|-----------|-------|--------------------|--------|
| Shelly Cerovski | | scerovski@sheehyware.com | 4/5/2024 10:57:50 AM | SENT |
| Ezequiel Moya | | emoya@valleyfirm.com | 4/5/2024 10:57:50 AM | SENT |
| GONZALEZ CASTILLO, LLP | | law@valleyfirm.com | 4/5/2024 10:57:50 AM | SENT |
| Edward Castillo | | ecastillo@valleyfirm.com | 4/5/2024 10:57:50 AM | SENT |
| Bryanna Gonzales | | bgonzales@valleyfirm.com | 4/5/2024 10:57:50 AM | SENT |
| Regina  Vargas | | rvargas@valleyfirm.com | 4/5/2024 10:57:50 AM | SENT |
| Raymond Neuer | | rneuer@sheehyware.com | 4/5/2024 10:57:50 AM | SENT |
| Richard Sheehy | | rsheehy@sheehyware.com | 4/5/2024 10:57:50 AM | SENT |
| K. Ellen Dezern | | kdezern@sheehyware.com | 4/5/2024 10:57:50 AM | SENT |

Associated Case Party: Southwest Valley Constructors Company

| Name | BarNumber | Email | TimestampSubmitted | Status |
|------|-----------|-------|--------------------|--------|
| Jaime A.Saenz | | ja.saenz@rcclaw.com | 4/5/2024 10:57:50 AM | SENT |
| Alison D.Kennamer | | ad.kennamer@rcclaw.com | 4/5/2024 10:57:50 AM | SENT |
| Crystal Hernandez | | crystal.hernandez@rcclaw.com | 4/5/2024 10:57:50 AM | SENT |
| Jacob T.Casso | | jt.casso@rcclaw.com | 4/5/2024 10:57:50 AM | SENT |
| Irene Torres | | irene.torres@rcclaw.com | 4/5/2024 10:57:50 AM | SENT |
| A Kennamer | | as.kennamer@rcclaw.com | 4/5/2024 10:57:50 AM | ERROR |
| Ruby Polanco | | ruby.polanco@rcclaw.com | 4/5/2024 10:57:50 AM | SENT |
| Soledad McLain | | dita.mclain@rcclaw.com | 4/5/2024 10:57:50 AM | SENT |

Electronically Filed
4/5/2024 11:21 AM
Hidalgo County District Clerks
Reviewed By: Valerie Moreno

No. **C-4948-22-E**

| | | |
|---|---|---|
| **DAVID CHAVEZ** | : | **IN THE DISTRICT COURT OF** |
| | : | |
| | : | |
| **VS.** | : | **HIDALGO COUNTY, TEXAS** |
| | : | |
| | : | |
| **SOUTHWEST VALLEY CONSTRUCTORS, CO.** | : | **275TH JUDICIAL DISTRICT** |

# AMENDED NOTICE OF INTENTION
## TO TAKE DEPOSITION BY WRITTEN QUESTIONS

To Plaintiff by and through their attorney(s) of record: **Ezequiel "Zeke" Moya, Jr., Steven M. Gonzalez and Edward J. Castillo (Gonzalez Castillo Moya, LLP) and Richard Sheehy and Raymond A. Neuer (Sheehy, Ware, Pappas & Grubbs, P.C.)**

To other party/parties by and through their attorney(s) of record:

You will please take notice that twenty (20) days from the service of a copy hereof with attached questions, a deposition by written questions will be taken of Custodian of Records for:

**UNITED STATES CUSTOMS AND BORDER PROTECTION (Employment)**
**USB-SW-RIO GRANDE VALLEY SECTOR, 4400 S. EXPRESSWAY 281**
**EDINBURG, TX 78542**

before a Notary Public for **Republic Services San Antonio LLC , 12108 Radium Street, San Antonio, TX 78216 210-298-6300 Fax 210-298-6303**

or its designated agent, which deposition with attached questions may be used in evidence upon the trial of the above-styled and numbered cause pending in the above named court.  Notice is further given that request is hereby made as authorized under Rule 200, Texas Rules of Civil Procedure, to the officer taking this deposition to issue a subpoena duces tecum and cause it to be served on the witness to produce any and all records as described on the attached questions and/or Exhibit(s) and any other such record in the possession, custody or control of the said witness, and every such record to which the witness may have access, pertaining to:

**David Chavez**

and to turn all such records over to the officer authorized to take this deposition so that photographic reproductions of the same may be made and attached to said deposition.

/s/ *Jaime A. Saenz*
**Jaime A. Saenz**
**SBN:  17514859**
**Alison D. Kennamer**
**SBN: 11280400**
**Jacob T. Casso**
**SBN: 24116178**
**Colvin, Saenz, Rodriguez & Kennamer, LLP**
**1201 East Van Buren**
**Brownsville, TX 78520**
**956-542-7441   Fax 956-541-2170**
Attorney for Defendant

I hereby certify that a true and correct copy of the foregoing instrument has been forwarded to all Counsel of Record by hand delivery, e-mail, FAX, and/or certified mail, return receipt requested, on this day.

Dated:  April 5, 2024                                      by  /s/ *Monica Galvan*

99277


EXHIBIT
3

Electronically Filed
4/5/2024 11:21 AM
Hidalgo County District Clerks
Reviewed By: Valerie Moreno

No.  **C-4948-22-E**

| | | |
|---|---|---|
| **DAVID CHAVEZ** | : | **IN THE DISTRICT COURT OF** |
| | : | |
| | : | |
| **VS.** | : | **HIDALGO COUNTY, TEXAS** |
| | : | |
| | : | |
| **SOUTHWEST VALLEY CONSTRUCTORS, CO.** | : | **275TH JUDICIAL DISTRICT** |

## DIRECT QUESTIONS TO BE PROPOUNDED TO THE WITNESS

Custodian of Records for:  **UNITED STATES CUSTOMS AND BORDER PROTECTION**

Records Pertaining To: **David Chavez**

Type of Records:  **Employment applications, personnel records, training records, evaluations, injury reports, attendance records, and payroll records and other compensation records from January 1, 2010 to present.**

1.  State your full name, address and occupation.

    Answer: _____

2.  Are you able to identify these records as the originals or true and correct copies of the originals?

    Answer: _____

3.  Were these records made and kept in the regular course of business?

    Answer: _____

4.  In the regular course of business, did the person who signed or otherwise prepared these records either have personal knowledge of the entries on these records or obtain the information from sources who have such personal knowledge to make such records?

    Answer: _____

5.  Are these records under your care, supervision, directions, custody or control?

    Answer: _____

6.  Are these records made at a time closely related to or simultaneous with the occurrence recorded on these records?

    Answer: _____

**99277.057**

Electronically Filed
4/5/2024 11:21 AM
Hidalgo County District Clerks
Reviewed By: Valerie Moreno

7.    Were these records kept as described in the previous questions?

Answer: _____

8.    Please gather any and all of such records together and deliver same to the officer taking your deposition for inspection and photocopying. (This will be at no expense to you, and the officer will return the original records to you after they have been both inspected and copied.)  Have you done as requested?  If not, why not?

Answer: _____

_____
WITNESS (Custodian of Records)

Before me, the undersigned authority, on this day personally appeared _____,
known to me to be the person whose name is subscribed to the foregoing instrument in the capacity therein stated, who being first duly sworn, stated upon his/her oath that the answers to the foregoing questions are true and correct.  I further certify that the records attached hereto are exact duplicates of the original records.

SWORN TO AND SUBSCRIBED before me this _____ day of _____, 20_____.

_____
NOTARY PUBLIC

My Commission Expires: _____

**99277.057**

## Automated Certificate of eService

This automated certificate of service was created by the efiling system. The filer served this document via email generated by the efiling system on the date and to the persons listed below. The rules governing certificates of service have not changed. Filers must still provide a certificate of service that complies with all applicable rules.

Envelope ID: 86341361
Filing Code Description: Amended Filing
Filing Description: NOTICE OF INTENTION ; UNITED STATES CUSTOMS AND BORDER PROTECTION (EMPLOYMENT)
Status as of 4/5/2024 12:17 PM CST

Associated Case Party: David Chavez

| Name | BarNumber | Email | TimestampSubmitted | Status |
|---|---|---|---|---|
| Shelly Cerovski | | scerovski@sheehyware.com | 4/5/2024 11:21:24 AM | SENT |
| Ezequiel Moya | | emoya@valleyfirm.com | 4/5/2024 11:21:24 AM | SENT |
| GONZALEZ CASTILLO, LLP | | law@valleyfirm.com | 4/5/2024 11:21:24 AM | SENT |
| Edward Castillo | | ecastillo@valleyfirm.com | 4/5/2024 11:21:24 AM | SENT |
| Bryanna Gonzales | | bgonzales@valleyfirm.com | 4/5/2024 11:21:24 AM | SENT |
| Regina  Vargas | | rvargas@valleyfirm.com | 4/5/2024 11:21:24 AM | SENT |
| Raymond Neuer | | rneuer@sheehyware.com | 4/5/2024 11:21:24 AM | SENT |
| Richard Sheehy | | rsheehy@sheehyware.com | 4/5/2024 11:21:24 AM | SENT |
| K. Ellen Dezern | | kdezern@sheehyware.com | 4/5/2024 11:21:24 AM | SENT |

Associated Case Party: Southwest Valley Constructors Company

| Name | BarNumber | Email | TimestampSubmitted | Status |
|---|---|---|---|---|
| Jaime A.Saenz | | ja.saenz@rcclaw.com | 4/5/2024 11:21:24 AM | SENT |
| Alison D.Kennamer | | ad.kennamer@rcclaw.com | 4/5/2024 11:21:24 AM | SENT |
| Crystal Hernandez | | crystal.hernandez@rcclaw.com | 4/5/2024 11:21:24 AM | SENT |
| Jacob T.Casso | | jt.casso@rcclaw.com | 4/5/2024 11:21:24 AM | SENT |
| Irene Torres | | irene.torres@rcclaw.com | 4/5/2024 11:21:24 AM | SENT |
| A Kennamer | | as.kennamer@rcclaw.com | 4/5/2024 11:21:24 AM | ERROR |
| Ruby Polanco | | ruby.polanco@rcclaw.com | 4/5/2024 11:21:24 AM | SENT |
| Soledad McLain | | dita.mclain@rcclaw.com | 4/5/2024 11:21:24 AM | SENT |

Electronically Filed
4/5/2024 11:00 AM
Hidalgo County District Clerks
Reviewed By: Taylor Lujan

**CAUSE NO. C-4948-22-E**

| | | |
|---|---|---|
| DAVID CHAVEZ | § | IN THE DISTRICT COURT |
|     Plaintiff | § | |
| | § | |
| V. | § | 275th JUDICIAL COURT |
| | § | |
| SOUTHWEST VALLEY | § | |
| CONSTRUCTORS, CO. | § | |
|     Defendant | § | HIDALGO COUNTY, TEXAS |

## ORDER SETTING HEARING ON DEFENDANT SOUTHWEST VALLEY CONSTRUCTORS, CO.'S  MOTION FOR DISCOVERY FROM NON-PARTY U.S. CUSTOMS & BORDER PROTECTION

CAME ON BEFORE THE COURT Defendant Southwest Valley Constructors, Co.'s Motion for Discovery from Non-Party U.S. Customs & Border Protection, and the Court, having reviewed the Motion, is of the opinion that it should be SET FOR HEARING;

IT IS THEREFORE ORDERED that Defendant Southwest Valley Constructors, Co.'s Motion for Discovery from Non-Party U.S. Customs & Border Protection is SET FOR HEARING in the 275th Judicial District Court of Hidalgo County Texas on the __20TH__ day of __MAY__ _____, 2024 at __9:00__ a.m./;p.m. ~~XXX~~ by the following means: __IN PERSON__

SIGNED FOR ENTRY this __22ND__ day of __APRIL__, 2024.

_____
JUDGE PRESIDING

EXHIBIT

4

-1-

Electronically Filed
4/5/2024 11:00 AM
Hidalgo County District Clerks
Reviewed By: Taylor Lujan

Copies to:

Edward J. Castillo
Steve M. Gonzalez
Ezequiel "Zeke" Moya, Jr.
Email:  law@valleyfirm.com
Gonzalez Castillo Moya, LLP
1317 E. Quebec Ave.
McAllen, Texas  78503
(956) 618-0115
Fax (956) 618-0445
*Attorneys for Plaintiff*

Jaime A. Saenz
Email:  ja.saenz@rcclaw.com
Alison D. Kennamer
Email:  ad.kennamer@rcclaw.com
Jacob T. Casso
Email: jt.casso@rcclaw.com
Colvin, Saenz, Rodriguez & Kennamer, L.L.P.
1201 East Van Buren
Brownsville, Texas 78520
Tel: (956) 542-7441
Fax (956) 541-2170
[Mr. Casso]
323 W. Cano, Suite 100
Edinburg, Texas 78539
(956) 380-0213
Fax (956) 380-0254
*Attorneys for Defendant*
*Southwest Valley Constructors, Co.*

Mitch McCranie
Assistant Chief Counsel, RGV
U.S. Customs and Border Protection
Office of the Assistant Chief Counsel
4400 South Expressway 281
Edinburg, Texas 78542
*Attorneys for US Customs & Border Protection*

Electronically Filed
4/5/2024 11:00 AM
Hidalgo County District Clerks
Reviewed By: Taylor Lujan

U.S. Customs and Border Protection
Office of Chief Counsel
U.S. Customs and Border Protection
1300 Pennsylvania Avenue, Suite 4.4-B
Washington, D.C. 20229
And
cbpserviceintake@cbp.dhs.gov.
*Service Address for US Customs & Border Protection*

## Automated Certificate of eService

This automated certificate of service was created by the efiling system. The filer served this document via email generated by the efiling system on the date and to the persons listed below. The rules governing certificates of service have not changed. Filers must still provide a certificate of service that complies with all applicable rules.

Sugey Muniz on behalf of Alison Kennamer
Bar No. 11280400
sugey.muniz@rcclaw.com
Envelope ID: 86339595
Filing Code Description: Order Setting Hearing
Filing Description: ON DEFENDANT SOUTHWEST VALLEY CONSTRUCTORS, CO.'S MOTION FOR DISCOVERY FROM NON-PARTY U.S. CUSTOMS & BORDER PROTECTION
Status as of 4/5/2024 11:48 AM CST

Associated Case Party: David Chavez

| Name | BarNumber | Email | TimestampSubmitted | Status |
|------|-----------|-------|--------------------|--------|
| Shelly Cerovski | | scerovski@sheehyware.com | 4/5/2024 11:00:12 AM | SENT |
| Ezequiel Moya | | emoya@valleyfirm.com | 4/5/2024 11:00:12 AM | SENT |
| GONZALEZ CASTILLO, LLP | | law@valleyfirm.com | 4/5/2024 11:00:12 AM | SENT |
| Edward Castillo | | ecastillo@valleyfirm.com | 4/5/2024 11:00:12 AM | SENT |
| Bryanna Gonzales | | bgonzales@valleyfirm.com | 4/5/2024 11:00:12 AM | SENT |
| Regina  Vargas | | rvargas@valleyfirm.com | 4/5/2024 11:00:12 AM | SENT |
| Raymond Neuer | | rneuer@sheehyware.com | 4/5/2024 11:00:12 AM | SENT |
| Richard Sheehy | | rsheehy@sheehyware.com | 4/5/2024 11:00:12 AM | SENT |
| K. Ellen Dezern | | kdezern@sheehyware.com | 4/5/2024 11:00:12 AM | SENT |

Associated Case Party: Southwest Valley Constructors Company

| Name | BarNumber | Email | TimestampSubmitted | Status |
|------|-----------|-------|--------------------|--------|
| Jaime A.Saenz | | ja.saenz@rcclaw.com | 4/5/2024 11:00:12 AM | SENT |
| Alison D.Kennamer | | ad.kennamer@rcclaw.com | 4/5/2024 11:00:12 AM | SENT |
| Crystal Hernandez | | crystal.hernandez@rcclaw.com | 4/5/2024 11:00:12 AM | SENT |
| Jacob T.Casso | | jt.casso@rcclaw.com | 4/5/2024 11:00:12 AM | SENT |
| Irene Torres | | irene.torres@rcclaw.com | 4/5/2024 11:00:12 AM | SENT |
| A Kennamer | | as.kennamer@rcclaw.com | 4/5/2024 11:00:12 AM | ERROR |
| Ruby Polanco | | ruby.polanco@rcclaw.com | 4/5/2024 11:00:12 AM | SENT |
| Soledad McLain | | dita.mclain@rcclaw.com | 4/5/2024 11:00:12 AM | SENT |

Electronically Filed
4/22/2024 12:08 PM
Hidalgo County District Clerks
Reviewed By: Maria Davila



# LAURA HINOJOSA
## HIDALGO COUNTY DISTRICT CLERK

# Order Setting Hearing



EXHIBIT

5

Post Office Box 87 Edinburg, Texas 78540  Telephone 956-318-2200  Facsimile 956-318-2251  districtclerk@co.hidalgo.tx.us

Nilda Palacios    Ricardo Contreras    Adriana "Audry" Garcia    Sabrina S. Guerra    Oneida Lamas    Stephanie Palacios    Aida Villarreal
CHIEF DEPUTY    CHIEF OF ADMINISTRATION    ASSISTANT CHIEF DEPUTY    SENIOR ACCOUNTANT    DEPUTY DISTRICT CLERK SUPERVISOR    BUDGET AND PROCUREMENT    CHIEF OF APPEALS
                 AND PUBLIC INFORMATION                                                                                        OFFICER

## Automated Certificate of eService

This automated certificate of service was created by the efiling system. The filer served this document via email generated by the efiling system on the date and to the persons listed below. The rules governing certificates of service have not changed. Filers must still provide a certificate of service that complies with all applicable rules.

Envelope ID: 86910569
Filing Code Description: Notice Sent
Filing Description: ORDER SETTING HEARING ON DEFENDANT SOUTHWEST VALLEY CONSTRUCTORS, CO.???S MOTION FOR DISCOVERY FROM NON-PARTY U.S. CUSTOMS & BORDER PROTECTION
Status as of 4/22/2024 12:18 PM CST

Associated Case Party: David Chavez

| Name | BarNumber | Email | TimestampSubmitted | Status |
|------|-----------|-------|--------------------|--------|
| GONZALEZ CASTILLO, LLP | | law@valleyfirm.com | 4/22/2024 12:08:25 PM | SENT |

Associated Case Party: Southwest Valley Constructors Company

| Name | BarNumber | Email | TimestampSubmitted | Status |
|------|-----------|-------|--------------------|--------|
| Jaime A.Saenz | | ja.saenz@rcclaw.com | 4/22/2024 12:08:25 PM | SENT |
| Alison D.Kennamer | | ad.kennamer@rcclaw.com | 4/22/2024 12:08:25 PM | SENT |
| Jacob T.Casso | | jt.casso@rcclaw.com | 4/22/2024 12:08:25 PM | SENT |

Electronically Filed
4/5/2024 11:00 AM
Hidalgo County District Clerks
Reviewed By: Taylor Lujan

**CAUSE NO. C-4948-22-E**

| | | |
|---|---|---|
| DAVID CHAVEZ | § | IN THE DISTRICT COURT |
| Plaintiff | § | |
| | § | |
| V. | § | 275th JUDICIAL COURT |
| | § | |
| SOUTHWEST VALLEY | § | |
| CONSTRUCTORS, CO. | § | |
| Defendant | § | HIDALGO COUNTY, TEXAS |

## ORDER SETTING HEARING ON DEFENDANT SOUTHWEST VALLEY CONSTRUCTORS, CO.'S MOTION FOR DISCOVERY FROM NON-PARTY U.S. CUSTOMS & BORDER PROTECTION

CAME ON BEFORE THE COURT Defendant Southwest Valley Constructors, Co.'s Motion for Discovery from Non-Party U.S. Customs & Border Protection, and the Court, having reviewed the Motion, is of the opinion that it should be SET FOR HEARING;

IT IS THEREFORE ORDERED that Defendant Southwest Valley Constructors, Co.'s Motion for Discovery from Non-Party U.S. Customs & Border Protection is SET FOR HEARING in the 275th Judicial District Court of Hidalgo County Texas on the __20TH__ day of __MAY__ _____, 2024 at __9:00__ a.m./~~p.m.~~ by the following means: __IN PERSON__ _____

SIGNED FOR ENTRY this __22ND__ day of __APRIL__, 2024.

_____
JUDGE PRESIDING

-1-

Electronically Filed
4/5/2024 11:00 AM
Hidalgo County District Clerks
Reviewed By: Taylor Lujan

Copies to:

Edward J. Castillo
Steve M. Gonzalez
Ezequiel "Zeke" Moya, Jr.
Email:  law@valleyfirm.com
Gonzalez Castillo Moya, LLP
1317 E. Quebec Ave.
McAllen, Texas  78503
(956) 618-0115
Fax (956) 618-0445
*Attorneys for Plaintiff*

Jaime A. Saenz
Email:  ja.saenz@rcclaw.com
Alison D. Kennamer
Email:  ad.kennamer@rcclaw.com
Jacob T. Casso
Email: jt.casso@rcclaw.com
Colvin, Saenz, Rodriguez & Kennamer, L.L.P.
1201 East Van Buren
Brownsville, Texas 78520
Tel: (956) 542-7441
Fax (956) 541-2170
[Mr. Casso]
323 W. Cano, Suite 100
Edinburg, Texas 78539
(956) 380-0213
Fax (956) 380-0254
*Attorneys for Defendant*
*Southwest Valley Constructors, Co.*

Mitch McCranie
Assistant Chief Counsel, RGV
U.S. Customs and Border Protection
Office of the Assistant Chief Counsel
4400 South Expressway 281
Edinburg, Texas 78542
*Attorneys for US Customs & Border Protection*

-2-

Electronically Filed
4/5/2024 11:00 AM
Hidalgo County District Clerks
Reviewed By: Taylor Lujan

U.S. Customs and Border Protection
Office of Chief Counsel
U.S. Customs and Border Protection
1300 Pennsylvania Avenue, Suite 4.4-B
Washington, D.C. 20229
And
cbpserviceintake@cbp.dhs.gov.
*Service Address for US Customs & Border Protection*

## Automated Certificate of eService

This automated certificate of service was created by the efiling system. The filer served this document via email generated by the efiling system on the date and to the persons listed below. The rules governing certificates of service have not changed. Filers must still provide a certificate of service that complies with all applicable rules.

Sugey Muniz on behalf of Alison Kennamer
Bar No. 11280400
sugey.muniz@rcclaw.com
Envelope ID: 86339595
Filing Code Description: Order Setting Hearing
Filing Description: ON DEFENDANT SOUTHWEST VALLEY CONSTRUCTORS, CO.'S MOTION FOR DISCOVERY FROM NON-PARTY U.S. CUSTOMS & BORDER PROTECTION
Status as of 4/5/2024 11:48 AM CST

Associated Case Party: David Chavez

| Name | BarNumber | Email | TimestampSubmitted | Status |
|---|---|---|---|---|
| Shelly Cerovski | | scerovski@sheehyware.com | 4/5/2024 11:00:12 AM | SENT |
| Ezequiel Moya | | emoya@valleyfirm.com | 4/5/2024 11:00:12 AM | SENT |
| GONZALEZ CASTILLO, LLP | | law@valleyfirm.com | 4/5/2024 11:00:12 AM | SENT |
| Edward Castillo | | ecastillo@valleyfirm.com | 4/5/2024 11:00:12 AM | SENT |
| Bryanna Gonzales | | bgonzales@valleyfirm.com | 4/5/2024 11:00:12 AM | SENT |
| Regina  Vargas | | rvargas@valleyfirm.com | 4/5/2024 11:00:12 AM | SENT |
| Raymond Neuer | | rneuer@sheehyware.com | 4/5/2024 11:00:12 AM | SENT |
| Richard Sheehy | | rsheehy@sheehyware.com | 4/5/2024 11:00:12 AM | SENT |
| K. Ellen Dezern | | kdezern@sheehyware.com | 4/5/2024 11:00:12 AM | SENT |

Associated Case Party: Southwest Valley Constructors Company

| Name | BarNumber | Email | TimestampSubmitted | Status |
|---|---|---|---|---|
| Jaime A.Saenz | | ja.saenz@rcclaw.com | 4/5/2024 11:00:12 AM | SENT |
| Alison D.Kennamer | | ad.kennamer@rcclaw.com | 4/5/2024 11:00:12 AM | SENT |
| Crystal Hernandez | | crystal.hernandez@rcclaw.com | 4/5/2024 11:00:12 AM | SENT |
| Jacob T.Casso | | jt.casso@rcclaw.com | 4/5/2024 11:00:12 AM | SENT |
| Irene Torres | | irene.torres@rcclaw.com | 4/5/2024 11:00:12 AM | SENT |
| A Kennamer | | as.kennamer@rcclaw.com | 4/5/2024 11:00:12 AM | ERROR |
| Ruby Polanco | | ruby.polanco@rcclaw.com | 4/5/2024 11:00:12 AM | SENT |
| Soledad McLain | | dita.mclain@rcclaw.com | 4/5/2024 11:00:12 AM | SENT |

Electronically Filed
4/5/2024 10:57 AM
Hidalgo County District Clerks
Reviewed By: Taylor Lujan

## CAUSE NO. C-4948-22-E

| | | |
|---|---|---|
| DAVID CHAVEZ | § | IN THE DISTRICT COURT |
| Plaintiff | § | |
| | § | |
| V. | § | 275th JUDICIAL COURT |
| | § | |
| SOUTHWEST VALLEY | § | |
| CONSTRUCTORS, CO. | § | |
| Defendant | § | HIDALGO COUNTY, TEXAS |

### ORDER GRANTING DEFENDANT SOUTHWEST VALLEY CONSTRUCTORS, CO.'S MOTION FOR DISCOVERY FROM NON-PARTY U.S. CUSTOMS & BORDER PROTECTION

CAME ON BEFORE THE COURT Defendant Southwest Valley Constructors, Co.'s Motion for Discovery from Non-Party U.S. Customs & Border Protection, and the Court, having reviewed the Motion, is of the opinion that it should be GRANTED;

The Court finds that it is a court of competent jurisdiction to hear this Motion regarding the non-party discovery request directed at Plaintiff's employer U.S. Customs & Border Protection; the Court further finds that the following records regarding Plaintiff David Chavez are relevant to the defense of the above suit and are not available through other means; the Court further finds that entry of this Order for Non-Party Discovery from U.S. Customs & Border Protection would provide that production would take place "pursuant to the order of a court of competent jurisdiction" to enable the U.S. Customs & Border Protection to comply with both the request for document production within the subpoena served on it and 5 U.S.C. §552a(b)(11);

The Court therefore ORDERS that within twenty-one (21) days after service of the amended subpoena seeking the following records from U.S. Customs & Border Protection, that agency produce the following records regarding Plaintiff David Chavez, pursuant to his signed employment authorization (copy attached hereto as Exhibit "A") and for the period from January 1, 2010 to present:

**EXHIBIT**

**6**

-1-

Electronically Filed
4/5/2024 10:57 AM
Hidalgo County District Clerks
Reviewed By: Taylor Lujan

a.      employment applications, personnel records, training records, evaluations;

b.      injury reports;

c.      attendance records; and

d.      payroll and other compensation records.

The Court further ORDERS that production shall be made either by offering the originals to counsel for Defendant Southwest Valley Constructors, Co. for inspection or copying on a mutually agreeable date and in a location in Hidalgo County, Texas, or by providing copies to counsel for Defendant Southwest Valley Constructors, Co, by copies delivered to its offices located at 1201 East Van Buren St. / Brownsville, Texas  78520 or its offices located at 232 W. Cano St. Suite 100 / Edinburg, Texas  78539.

SIGNED FOR ENTRY this _____ day of _____, 2024.


_____
JUDGE PRESIDING

Electronically Filed
4/5/2024 10:57 AM
Hidalgo County District Clerks
Reviewed By: Taylor Lujan

Copies to:

Edward J. Castillo
Steve M. Gonzalez
Ezequiel "Zeke" Moya, Jr.
Email: law@valleyfirm.com
Gonzalez Castillo Moya, LLP
1317 E. Quebec Ave.
McAllen, Texas 78503
(956) 618-0115
Fax (956) 618-0445
*Attorneys for Plaintiff*

Jaime A. Saenz
Email: ja.saenz@rcclaw.com
Alison D. Kennamer
Email: ad.kennamer@rcclaw.com
Jacob T. Casso
Email: jt.casso@rcclaw.com
Colvin, Saenz, Rodriguez & Kennamer, L.L.P.
1201 East Van Buren
Brownsville, Texas 78520
Tel: (956) 542-7441
Fax (956) 541-2170
[Mr. Casso]
323 W. Cano, Suite 100
Edinburg, Texas 78539
(956) 380-0213
Fax (956) 380-0254
*Attorneys for Defendant*
*Southwest Valley Constructors, Co.*

Mitch McCranie
Assistant Chief Counsel, RGV
U.S. Customs and Border Protection
Office of the Assistant Chief Counsel
4400 South Expressway 281
Edinburg, Texas 78542
*Attorneys for US Customs & Border Protection*

Electronically Filed
4/5/2024 10:57 AM
Hidalgo County District Clerks
Reviewed By: Taylor Lujan

U.S. Customs and Border Protection
Office of Chief Counsel
U.S. Customs and Border Protection
1300 Pennsylvania Avenue, Suite 4.4-B
Washington, D.C. 20229
And
cbpserviceintake@cbp.dhs.gov.
*Service Address for US Customs & Border Protection*

## Automated Certificate of eService

This automated certificate of service was created by the efiling system. The filer served this document via email generated by the efiling system on the date and to the persons listed below. The rules governing certificates of service have not changed. Filers must still provide a certificate of service that complies with all applicable rules.

Sugey Muniz on behalf of Alison Kennamer
Bar No. 11280400
sugey.muniz@rcclaw.com
Envelope ID: 86339418
Filing Code Description: Proposed Order
Filing Description: GRANTING DEFENDANT SOUTHWEST VALLEY CONSTRUCTORS, CO.'S MOTION FOR DISCOVERY FROM NON-PARTY U.S. CUSTOMS & BORDER PROTECTION
Status as of 4/5/2024 11:47 AM CST

Associated Case Party: David Chavez

| Name | BarNumber | Email | TimestampSubmitted | Status |
|---|---|---|---|---|
| Shelly Cerovski | | scerovski@sheehyware.com | 4/5/2024 10:57:50 AM | SENT |
| Ezequiel Moya | | emoya@valleyfirm.com | 4/5/2024 10:57:50 AM | SENT |
| GONZALEZ CASTILLO, LLP | | law@valleyfirm.com | 4/5/2024 10:57:50 AM | SENT |
| Edward Castillo | | ecastillo@valleyfirm.com | 4/5/2024 10:57:50 AM | SENT |
| Bryanna Gonzales | | bgonzales@valleyfirm.com | 4/5/2024 10:57:50 AM | SENT |
| Regina  Vargas | | rvargas@valleyfirm.com | 4/5/2024 10:57:50 AM | SENT |
| Raymond Neuer | | rneuer@sheehyware.com | 4/5/2024 10:57:50 AM | SENT |
| Richard Sheehy | | rsheehy@sheehyware.com | 4/5/2024 10:57:50 AM | SENT |
| K. Ellen Dezern | | kdezern@sheehyware.com | 4/5/2024 10:57:50 AM | SENT |

Associated Case Party: Southwest Valley Constructors Company

| Name | BarNumber | Email | TimestampSubmitted | Status |
|---|---|---|---|---|
| Jaime A.Saenz | | ja.saenz@rcclaw.com | 4/5/2024 10:57:50 AM | SENT |
| Alison D.Kennamer | | ad.kennamer@rcclaw.com | 4/5/2024 10:57:50 AM | SENT |
| Crystal Hernandez | | crystal.hernandez@rcclaw.com | 4/5/2024 10:57:50 AM | SENT |
| Jacob T.Casso | | jt.casso@rcclaw.com | 4/5/2024 10:57:50 AM | SENT |
| Irene Torres | | irene.torres@rcclaw.com | 4/5/2024 10:57:50 AM | SENT |
| A Kennamer | | as.kennamer@rcclaw.com | 4/5/2024 10:57:50 AM | ERROR |
| Ruby Polanco | | ruby.polanco@rcclaw.com | 4/5/2024 10:57:50 AM | SENT |
| Soledad McLain | | dita.mclain@rcclaw.com | 4/5/2024 10:57:50 AM | SENT |